# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

FILED

MAY 2 3 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

JENNIFER REINOEHL,           )
JASON REINOEHL,              )
SARAH REINOEHL               )         **Case No.**
PLAINTIFFS                   )
                             )
v.                           )     1 : 2 3 -cv- 0 8 8 9 SEB
                             )                    MG
PENN-HARRIS-MADISON SCHOOL   )
CORPORATION,                 )         **NOTICE OF PRO SE APPEARANCE**
PENN-HARRIS-MADISON SCHOOL   )
BOARD,                       )
**and KATIE JENNER, in her official and** )
**individual capacity,**          )
DEFENDANTS                   )

## NOTICE OF APPEARANCE BY PRO SE LITIGANT

I, Jennifer Reinoehl, the undersigned, Plaintiff in the above captioned matter, hereby

enter an appearance on my own behalf in this action as a *pro se* party.  I understand that I am

responsible for notifying the Court of any changes to my mailing address as well as any change

in my status should I obtain representation by an attorney in the future.

All Court papers must be mailed to me at the address shown below. Pursuant to Fed. R.

Civ. P. 5(d), I also understand that I am responsible for serving upon all parties who appear in

this action a copy of every paper which I file and also provide the Court with a Certificate of

Service which attests to this fact.

Jennifer Reinoehl Plaintiff
51860 Cheryl Dr.
Granger, IN 46530
574 302 6088
commercialsonly@juno.com

_____        5/23/23
PRO SE LITIGANT                DATE