# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

FILED
MAY 2 3 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JENNIFER REINOEHL, <br> JASON REINOEHL, <br> SARAH REINOEHL <br> PLAINTIFFS <br><br> v. <br><br> PENN-HARRIS-MADISON SCHOOL CORPORATION, <br> PENN-HARRIS-MADISON SCHOOL BOARD, <br> and KATIE JENNER, in her official and individual capacity, <br> DEFENDANTS | Case No. <br><br> 1:23-cv-00889-SEB-MG <br><br> NOTICE OF PRO SE APPEARANCE |

## NOTICE OF APPEARANCE BY PRO SE LITIGANT

I, Jason Reinoehl, the undersigned, Plaintiff in the above captioned matter, hereby enter an appearance on my own behalf in this action as a *pro se* party. I understand that I am responsible for notifying the Court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All Court papers must be mailed to me at the address shown below. Pursuant to Fed. R. Civ. P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a Certificate of Service which attests to this fact.

Jason Reinoehl, Plaintiff
51860 Cheryl Dr.
Granger, IN 46530
574 302 6088
commercialsonly@juno.com

_____   5/23/23
PRO SE LITIGANT                DATE