# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

FILED
MAY 2 3 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JENNIFER REINOEHL, )<br>JASON REINOEHL, )<br>SARAH REINOEHL )<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>PENN-HARRIS-MADISON SCHOOL )<br>CORPORATION, )<br>PENN-HARRIS-MADISON SCHOOL )<br>BOARD, )<br>and KATIE JENNER, in her official and )<br>individual capacity, )<br>DEFENDANTS ) | Case No.<br><br>1 : 23-cv- 0889 SEB<br>MG<br><br>NOTICE OF PRO SE APPEARANCE |

## NOTICE OF APPEARANCE BY PRO SE LITIGANT

I, Sarah Reinoehl, the undersigned, Plaintiff in the above captioned matter, hereby enter an appearance on my own behalf in this action as a *pro se* party. I understand that I am responsible for notifying the Court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All Court papers must be mailed to me at the address shown below. Pursuant to Fed. R. Civ. P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a Certificate of Service which attests to this fact.

Sarah Reinoehl Plaintiff
51860 Cheryl Dr.
Granger, IN 46530
574 302 6088
commercialsonly@juno.com

_____       5/23/23
PRO SE LITIGANT                   DATE