UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, <br><br>　　　　Plaintiffs, <br>v. <br><br>PENN-HARRIS-MADISON SCHOOL CORPORATION, PENN-HARRIS-MADISON SCHOOL BOARD, KATIE JENNER IN HER OFFICIAL AND INDIVIDUAL CAPACITY, <br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:23-cv-00889-SEB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants Penn-Harris-Madison School Corporation and Penn-Harris-Madison School Board ("Defendants"), by counsel, hereby move this Court to dismiss all claims against Defendants pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7).

As more fully articulated in the accompanying brief, this Court lacks subject-matter jurisdiction over these claims, Plaintiffs' Complaint fails to state a claim upon which relief can be granted against Defendants, and Plaintiffs fail to join an indispensable party. First, Plaintiffs' claims asserted against Defendant Penn-Harris-Madison School Board are duplicative of the claims against Penn-Harris-Madison School Corporation. Second, Plaintiffs' claims seeking declaratory and injunctive relief are unripe and moot, depriving this Court of subject-matter jurisdiction to such claims. Third, Plaintiffs' Complaint fails to state a claim for violation of the Establishment Clause, as their claims are time-barred and Plaintiffs plead no facts asserting religious coercion. Fourth, Plaintiffs fail to state a claim for a violation of Article I, Section 3 of the Indiana Constitution, as no claim for damages is recognized for violations of the Indiana

Constitution, and the teaching of evolution does not impose a material burden on religious exercise, belief, or conscience. Finally, Plaintiffs' Complaint fails to join an indispensable party.

Alternatively, if any claims survive, various paragraphs from Plaintiffs' Complaint should be stricken for failure to comply with Federal Rule of Civil Procedure 8(a)(2) and 8(d).

WHEREFORE, Defendants respectfully request that all claims against Defendants be dismissed, and for all other appropriate relief. In the event the entire Complaint is not dismissed, Defendants request portions of Plaintiffs' Complaint be stricken.

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

*/s/ Amy Steketee Fox*
Amy Steketee Fox (25112-53)
CHURCH CHURCH HITTLE + ANTRIM
Central Building, Suite 402
203 W. Wayne St.
Fort Wayne, Indiana 46802
Phone: 260-399-9490
Fax: 260-399-9491
afox@cchalaw.com

*/s/ Hannah B. Gahimer*
Hannah B. Gahimer (37630-41)
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN  46038
Phone: 317-773-2190
Fax: 317-773-5320

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to

the following persons by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

Dr. Katie Jenner
Indiana Secretary of Education
100 N. Senate Avenue, 9th Floor
Indianapolis, IN  46204

                                              <u>Amy Steketee Fox</u>
                                              Amy Steketee Fox #25112-53