# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, JASON REINOEHL, and SARAH REINOEHL, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No.: 1:23-CV-00889-SEB-MG |
| | ) |
| PENN-HARRIS-MADISON SCHOOL CORPORATION, PEN-HARRIS-MADISON SCHOOL BOARD, and KATE JENNER, in her official and individual capacity, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE TO THE COURT

Defendant Katie Jenner hereby notifies the Court that due to an oversight, Plaintiffs were not served with Defendant Katie Jenner's Motion to Dismiss [ECF 22] and Memorandum in Support of Motion to Dismiss [ECF 24], which were electronically filed. Undersigned counsel hereby certifies that those filings were served upon Jennifer Reinoehl, Jason Reinoehl, and Sarah Reinoehl on August 8, 2023, by depositing them in the U.S. Mail, first class, postage prepaid.

    Respectfully submitted,

    THEODORE E. ROKITA
    Attorney General of Indiana
    Atty. No. 18857-49

By:    */s/ Meredith McCutcheon*
      Meredith McCutcheon
      Deputy Attorney General
      Attorney No. 32391-49
      OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA

Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 233-9357
Facsimile: (317) 232-7979
E-mail: Meredith.McCutcheon@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that on August 8, 2023, the foregoing document was served upon the following person(s) by depositing the foregoing document in the U.S. Mail, first class, postage prepaid.

Jennifer Reinoehl
Sarah Reinoehl
Jason Reinoehl
51860 Cheryl Dr.
Granger, IN 46530

*/s/ Meredith McCutcheon*
Meredith McCutcheon
Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone:  (317) 233-9357
Facsimile:  (317) 232-7979
E-mail:  Meredith.McCutcheon@atg.in.gov