# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER REINOEHL, ) | |
| ) | |
| JASON REINOEHL, ) | |
| ) | Case No. 1:23-cv-00889-SEB-MG |
| SARAH REINOEHL ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | |
| ) | |
| PENN-HARRIS-MADISON SCHOOL ) | |
| CORPORATION, ) | |
| ) | |
| PENN-HARRIS-MADISON SCHOOL ) | |
| BOARD, ) | |
| ) | |
| and KATIE JENNER, in her official and ) | |
| individual capacity, ) | |
| DEFENDANTS ) | |

**FILED**
**08/07/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Motion For An Extension Of Time To File Response To Defendant Katie Jenner's Motion to Dismiss Or In Alternate Motion To Strike Katie Jenner's Motion To Dismiss

Comes now Plaintiffs, Jennifer Reinoehl, Jason Reinoehl, and Sarah Reinoehl and respectfully file this motion for an extension of time file their response to the Motion to Dismiss filed by Defendant Katie Jenner. In support of this motion, Plaintiffs state as follows:

1

1. This Court ordered Katie Jenner to file her response to the Plaintiffs' Complaint on July 28, 2023.

2. On July 28, 2023, Katie Jenner filed a Motion to Dismiss.

3. On July 31, 2023, Katie Jenner filed a Brief in Support of her Motion to Dismiss.

4. Jennifer Reinoehl, Jason Reinoehl, and Sarah Reinoehl are required to file their response to this Motion either today, August 7, 2023 or August 10, 2023. The Plaintiffs are unsure which date applies since they were told the Motion to Dismiss and the Brief in Support were filed on separate days.

5. Plaintiffs have never been served with the Motion to Dismiss and cannot, therefore, respond to it. Plaintiffs only learned today about the Motion by calling the Court Clerk. Plaintiffs are acting pro se and do not have access to PACER. No Certificate of Service has been filed with the Motion to Dismiss or its Brief according to the Court's attorney in the Clerk's office.

6. Plaintiffs would like this Court to extend time to respond to Katie Jenner's Motion to Dismiss to 10 days after service of the Motion and its Brief has been completed upon them. In alternate, Plaintiffs would like the Court to strike the Motion to Dismiss and the Brief from the record and require Katie Jenner to refile it with proper service.

7. Plaintiff's request is made in good faith and not for the purpose of delay.

8. Plaintiffs attempted to contacted counsel for Katie Jenner on August 7, 2023, but time is running out to send this Motion and Ms. McCutcheon has not responded.

WHEREFORE, Plaintiffs, Jennifer Reinoehl, Jason Reinoehl, and Sarah Reinoehl respectfully request the Court grant Plaintiffs leave for an extension of time to respond to Katie

Jenner or in alternate Strike Katie Jenner's Motion to Dismiss from the record and require her to refile a Motion and Brief that has been served upon Plaintiffs.

Respectfully submitted,

| /s/ Jennifer Reinoehl | /s/Sarah Reinoehl | /s/Jason Reinoehl |
|---|---|---|
| **Jennifer Reinoehl** | **Sarah Reinoehl** | **Jason Reinoehl** |
| Pro se Litigant | Pro se Litigant | Pro se Litigant |

**Dated August 7, 2023**

/s/ Jennifer Reinoehl
**Jennifer Reinoehl,** Pro se Litigant
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing was mailed to the Clerk of the Southern District of Indiana to be filed electronically, via the CM/ECF system, August 7, 2023, and that the foregoing was mailed using U.S. first class mail, August 7, 2023, to the following:

| | |
|---|---|
| **Meredith McCutcheon** | **Hannah Gahimer** |
| **J. Derek Atwood** | **Amy Steketee Fox** |
| Indiana Government Center South | Church Church Hittle & Antrim |
| 302 W. Washington St. | 203 West Wayne Street, |
| 5th Floor | Suite 402, |
| Indianapolis, IN 46204-2770 | Fort Wayne, IN 46802 |

/s/ Jennifer Reinoehl_____
**Jennifer Reinoehl,** Pro se Litigant
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com