FILED
08/07/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER REINOEHL, ) | |
| ) | |
| JASON REINOEHL, ) | |
| ) | |
| SARAH REINOEHL ) | |
| PLAINTIFFS ) | |
| ) | Case No. 1:23-cv-00889-SEB-MG |
| v. ) | |
| ) | HON. SARAH EVANS BARKER |
| PENN-HARRIS-MADISON SCHOOL ) | |
| CORPORATION, ) | MAG. MARIO GARCIA |
| ) | |
| INDIANA STATE BOARD OF ) | |
| EDUCATION ) | |
| ) | |
| and KATIE JENNER, in her official and ) | |
| individual capacity, ) | |
| DEFENDANTS. ) | |

### PLAINTIFF'S FIRST MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER RULE 15(a)(1)(B) AS A MATTER OF COURSE

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff, Jennifer Reinoehl, respectfully moves the Court to file the attached First Amended Complaint for Damages and Declaratory Relief (herein "Amended Complaint") as a matter of course.

Rule 15(a)(1)(B) provides that "A party may amend its pleading once as a matter of course within…21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." According to the time stamp on the

documents, Defendants filed a Motion to Dismiss July 17, 2022 and July 28 or 31, 2023 and 21 days have not passed.

      For all these reasons, Plaintiffs respectfully requests that the Court grant Plaintiffs' leave to file the attached Amended Complaint as a matter of course.

Respectfully submitted,

| /s/ Jennifer Reinoehl | /s/Sarah Reinoehl | /s/Jason Reinoehl |
|---|---|---|
| **Jennifer Reinoehl** | **Sarah Reinoehl** | **Jason Reinoehl** |
| Pro se Litigant | Pro se Litigant | Pro se Litigant |

**Dated August 7, 2023**

/s/ Jennifer Reinoehl
**Jennifer Reinoehl,** Pro se Litigant
51860 Cheryl Dr.
Granger, IN, 46530
574-302-6088
E-Mail: commercialsonly@juno.com