UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, <br> JASON REINOEHL, <br> SARAH REINOEHL, <br><br> Plaintiffs, <br><br> v. <br><br> PENN-HARRIS-MADISON SCHOOL CORPORATION, <br> PENN-HARRIS-MADISON SCHOOL BOARD, <br> KATIE JENNER in her official and individual capacity, <br><br> Defendants. | No. 1:23-cv-00889-SEB-MG |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to File an Amended Complaint, [Filing No. 27], and Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, [Filing No. 26]. The Parties came before the Court for an Initial Pretrial Conference on August 16, 2023.

Upon review, the Court **GRANTS** Plaintiffs' Motion for Leave to File an Amended Complaint, [27]. The Clerk is **DIRECTED** to docket Plaintiff's Amended Complaint, [27-1], as a separate filing and deem it filed as of August 16, 2023. In light of this Order, Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, is **DENIED as moot**. The Court further directs the parties to the following briefing schedule as detailed in the Court's Minute Entry for August 16, 2023: (1) Defendants shall file a renewed Motion to Dismiss based on the Amended Complaint no later than August 30, 2023; (2) Plaintiffs shall have 14 days in which to respond; and (3) Defendants shall then have 7 days to file a reply in support.

IT IS SO ORDERED.

Date: 8/18/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via U.S. Mail:**

JENNIFER REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

JASON REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

SARAH REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

**Distribution via ECF to all counsel of record.**