UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL,<br><br>    Plaintiffs,<br><br>v.<br><br>PENN-HARRIS-MADISON SCHOOL CORPORATION,<br>INDIANA STATE BOARD OF EDUCATION,<br>and KATIE JENNER in her official and individual capacity,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:23-cv-00889-SEB-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RENEWED MOTION TO DISMISS BASED ON THE AMENDED COMPLAINT**

Penn-Harris-Madison School Corporation, by counsel, hereby files its Motion for an Extension of Time to file Defendant's Renewed Motion to Dismiss Based on the Amended Complaint and states as follows:

1. Pursuant to the Court's August 18, 2023, Order, Defendant's renewed Motion to Dismiss the Amended Complaint filed in this lawsuit is presently due August 30, 2023. [Dkt. 29]

2. Counsel for Penn-Harris-Madison School Corporation is seeking a one-week enlargement of time to file its renewed Motion to Dismiss due to a family emergency. On August 27, 2023, the undersigned counsel's aunt passed away in Houston, Texas. While counsel for PHM has been working diligently to complete the Motion to Dismiss by the August 30 deadline, the undersigned has had to redirect significant time and attention to funeral and burial arrangements, travel, and related matters since August 27.

3.  On August 29, 2023, the undersigned spoke with Jennifer Reinoehl, who indicated Plaintiffs did not object to the requested enlargement.

WHEREFORE, the Defendant, by counsel, respectfully requests an enlargement of time up to and including September 6, 2023, to file its renewed Motion to Dismiss and for all other relief just and proper in the premises.

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

*/s/ Amy Steketee Fox*
Amy Steketee Fox (25112-53)
CHURCH CHURCH HITTLE + ANTRIM
Central Building, Suite 402
203 W. Wayne St
Fort Wayne, Indiana 46802
Phone: 260-399-9490
Fax: 260-399-9491
afox@cchalaw.com

*/s/ Hannah B. Gahimer*
Hannah B. Gahimer (37630-41)
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
Phone: 317-773-2190
Fax: 317-773-5320

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

Theodore E. Rokita (18857-49)
Meredith McCutcheon (32391-49)
Meredith.McCutcheon@atg.in.gov

 

                                                  Amy Steketee Fox
                                                  Amy Steketee Fox #25112-53