**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, <br><br> Plaintiffs, <br> v. <br><br> PENN-HARRIS-MADISON SCHOOL CORPORATION, <br> INDIANA STATE BOARD OF EDUCATION, <br> and KATIE JENNER in her official and individual capacity, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:23-cv-00889-SEB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S RENEWED MOTION TO DISMISS BASED ON THE AMENDED COMPLAINT**

Penn-Harris-Madison School Corporation, by counsel, having filed its *Motion for an Enlargement of Time to file Defendant's Renewed Motion to Dismiss Based on the Amended Complaint,* and the Court, having reviewed the same and being duly advised in the premises now finds that said Motion shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant's Renewed Motion to Dismiss Based on the Amended Complaint must be filed by **September 6, 2023**.

**SO ORDERED.**

Dated: _____     _____
                                                                  Judge, Southern District of Indiana

**Distribution to:**

All ECF Registered Parties

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com