UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, <br><br>    Plaintiffs, <br>v. <br><br>PENN-HARRIS-MADISON SCHOOL CORPORATION, <br>INDIANA STATE BOARD OF EDUCATION, <br>and KATIE JENNER in her official and individual capacity, <br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 1:23-cv-00889-SEB-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS VERIFIED AMENDED COMPLAINT

Defendant Penn-Harris-Madison School Corporation ("Defendant"), by counsel, hereby moves this Court to dismiss all claims against Defendant pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7).

As more fully articulated in the accompanying brief, Plaintiffs' claims must be dismissed for several reasons. First, this Court lacks subject matter jurisdiction of Plaintiffs' claims for declaratory and injunctive relief, which are also unripe (as to Jennifer and Jason Reinoehl) or moot (as to Sarah Reinoehl). Second, Plaintiffs' claims are based on the actions of Indiana state entities, which are legally separate entities from Penn-Harris-Madison School Corporation, and so the school corporation should be dismissed from this action. Third, Plaintiffs fail to state a claim for a violation of the Establishment Clause. Fourth, Plaintiffs fail to state a claim for a violation of Article I, Section 3 of the Indiana Constitution. Finally, if any claims survive, the

1

portions of Plaintiffs' pleading that are redundant, immaterial, and impertinent should be stricken.

WHEREFORE, Defendant respectfully requests that all claims against Defendant be dismissed, and for all other appropriate relief. In the event the entire Amended Complaint is not dismissed, Defendant requests portions of Plaintiffs' Amended Complaint be stricken.

    Respectfully submitted,

    CHURCH CHURCH HITTLE + ANTRIM

    *Amy Steketee Fox*
    Amy Steketee Fox (25112-53)
    CHURCH CHURCH HITTLE + ANTRIM
    Central Building, Suite 402
    203 W. Wayne St.
    Fort Wayne, Indiana 46802
    Phone: 260-399-9490
    Fax: 260-399-9491
    afox@cchalaw.com

    *Hannah B. Gahimer*
    Hannah B. Gahimer (37630-41)
    CHURCH CHURCH HITTLE + ANTRIM
    10765 Lantern Road, Suite 201
    Fishers, IN  46038
    Phone: 317-773-2190
    Fax: 317-773-5320
    hgahimer@cchalaw.com

    *Attorneys for Defendant*
    *Penn-Harris-Madison School Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

Theodore E. Rokita (18857-49)
Meredith McCutcheon (32391-49)
Meredith.McCutcheon@atg.in.gov
J. Derek Atwood (33947-49)
Derek.Atwood@atg.in.gov

*Amy Steketee Fox*
Amy Steketee Fox #25112-53