**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) CASE NO.: 1:23-cv-00889-SEB-MG |
| PENN-HARRIS-MADISON SCHOOL CORPORATION, INDIANA STATE BOARD OF EDUCATION, and KATIE JENNER in her official and individual capacity, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**UNOPPOSED JOINT MOTION TO STAY DISCOVERY AND RULE 26 DISCLOSURES**

Penn-Harris-Madison School Corporation, Katie Jenner, and the Indiana State Board of Education (collectively, "Defendants"), by counsel, file their Unopposed Joint Motion to Stay Discovery and Rule 26 Disclosures. In support thereof, Defendants state as follows:

1. On May 23, 2023, Plaintiffs filed their Complaint against Katie Jenner, Penn-Harris-Madison School Board, and Penn-Harris-Madison School Corporation. [Dkt. 1].

2. On July 17, 2023, Defendants Penn-Harris-Madison School Board and Penn-Harris-Madison School Corporation filed their Motion to Dismiss for Failure to State a Claim. [Dkt. 17]. This Motion sought dismissal of Plaintiffs' claims in their entirety.

3. On July 28, 2023, Defendant Katie Jenner filed her Motion to Dismiss for Failure to State a Claim. [Dkt. 22]. This Motion sought dismissal of Plaintiffs' claims in their entirety.

4. On August 7, 2023, Plaintiffs filed a Motion for Leave to File Amended Complaint. [Dkt. 27].

5. On August 16, 2023, this Court held an initial pre-trial conference to discuss pending pleadings and discovery. [Dkt. 15].

6. During the initial pre-trial conference, Defendants indicated they have no objection to Plaintiffs' Motion for Leave to File Amended Complaint, assented to the withdrawal of the previously-submitted Motions to Dismiss [Dkts. 17 & 22], and indicated their intent to seek dismissal of the Amended Complaint. [Dkt. 30].

7. On August 18, 2023, the Court granted Plaintiffs' Motion for Leave to File Amended Complaint and deemed the Amended Complaint filed as of August 16, 2023. [Dkt. 29]. The Court's order also set a briefing schedule for any motions to dismiss the Amended Complaint. [Dkt. 29]. Defendants' deadlines for filing any motions to dismiss were extended to September 6, 2021. [Dkts. 34 & 38].

8. Also during the initial pre-trial conference, Defendants requested a stay of discovery, including deadlines for Rule 26 disclosures, until the anticipated motions to dismiss the Amended Complaint are fully briefed and decided; Plaintiffs had no objection to Defendants' request. [Dkt. 30].

9. On September 6, 2023, Defendants filed their Motions to Dismiss the Amended Complaint. [Dkts. 39 & 41].

10. A court should stay discovery for good cause, taking into account three factors: 1) potential prejudice to the non-moving party, 2) potential for simplification of the issues before the court, and 3) the potential that a stay will reduce the burden of litigation for the parties. *Johnson v. Navient Solutions, Inc.*, 150 F. Supp. 3d 1005, 1007 (S.D. Ind. 2015).

11. All three factors weigh in favor of granting this motion. First, Defendants' Motions to Dismiss the Amended Complaint will seek dismissal of Plaintiffs' claims in their

entirety. Where, as here, motions to dismiss have the potential to end the litigation or to reduce significantly the claims at issue, a stay of discovery is appropriate. *Soares v. Meeks*, 2021 WL 5748438, at *3 (S.D. Ind. Oct. 4, 2021). Second, in the event the Court grants Defendants' Motions to Dismiss, the litigation would be ended and discovery would be unnecessary. A stay would prevent the parties from engaging in potentially unnecessary discovery and spare the parties' and Court's resources. *Panther Brands, LLC v. Indy Racing League, LLC*, 2014 WL 11411864, at *1 (S.D. Ind. Oct. 15, 2014) (finding a stay appropriate to avoid unnecessary and burdensome discovery). Finally, Plaintiffs are not prejudiced by a stay and, in fact, agreed that a stay of all discovery is appropriate here. [Dkt. 30].

WHEREFORE, Defendants, jointly by counsel, respectfully move this Court to issue a stay of discovery and Rule 26 Disclosures until this Court has ruled on the Defendants' Motions to Dismiss the Amended Complaint, and for all other relief just and proper in the premises.

Respectfully submitted,

By: *Amy Steketee Fox*
Amy Steketee Fox (25112-53)
Hannah B. Gahimer (37630-41)
CHURCH CHURCH HITTLE + ANTRIM
203 W. Wayne Street, Suite 402
Fort Wayne, IN 46802
(260) 399-9490
afox@cchalaw.com
hgahimer@cchalaw.com

*Attorneys for Defendant Penn-Harris-Madison School Corporation*

By: *Meredith McCutcheon*
Theodore E. Rokita (18857-49)
Meredith McCutcheon (32391-49)
J. Derek Atwood (33947-49)
Indiana Government Center South
5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
(317) 233-9357
Meredith.McCutcheon@atg.in.gov
Derek.Atwood@atg.in.gov

*Attorneys for Defendants Indiana State Board of Education and Katie Jenner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

*Amy Steketee Fox*
Amy Steketee Fox #25112-53