# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, <br><br> Plaintiffs, <br> v. <br><br> PENN-HARRIS-MADISON SCHOOL CORPORATION, <br> INDIANA STATE BOARD OF EDUCATION, <br> and KATIE JENNER in her official and individual capacity, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:23-cv-00889-SEB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER ON DEFENDANTS' JOINT UNOPPOSED MOTION TO STAY DISCOVERY AND RULE 26 DISCLOSURES

Defendants Penn-Harris-Madison School Corporation, Katie Jenner, and the Indiana State Board of Education (collectively, "Defendants"), by counsel, having filed their Joint Unopposed Motion to Stay Discovery and Rule 26 Disclosures, and the Court, being duly advised therein, now finds that this Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion is hereby GRANTED and there shall be a stay of discovery and Rule 26 disclosures until the Court rules on Defendants' Motions to Dismiss.

SO ORDERED.


Dated: _____          _____
                                                                                Judge, Southern District of Indiana

**Distribution to:**

All ECF Registered Parties

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com