**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO.: 1:23-cv-00889-SEB-MG |
| PENN-HARRIS-MADISON SCHOOL CORPORATION, | ) |
| INDIANA STATE BOARD OF EDUCATION, | ) |
| and KATIE JENNER in her official and individual capacity, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON DEFENDANTS' JOINT UNOPPOSED MOTION TO STAY**
**DISCOVERY AND RULE 26 DISCLOSURES**

Defendants Penn-Harris-Madison School Corporation, Katie Jenner, and the Indiana State Board of Education (collectively, "Defendants"), by counsel, having filed their Joint Unopposed Motion to Stay Discovery and Rule 26 Disclosures, and the Court, being duly advised therein, now finds that this Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendants' Motion is hereby GRANTED and there shall be a stay of discovery and Rule 26 disclosures until the Court rules on Defendants' Motions to Dismiss. In the event claims remain following a ruling, the parties to file a new Case Management Plan ahead of a status conference with the court.  Court sua sponte **vacates the telephonic status conference set for November 16, 2023 at 10:00 a.m. (Est)**. Parties to request a new conference date once a ruling on the Motions to Dismiss is issued.

SO ORDERED.

Date: 9/12/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution to:**

All ECF Registered Parties


 Via U.S. Mail to:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com