UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| | ) CASE NO.: 1:23-cv-00889-SEB-MG |
| PENN-HARRIS-MADISON SCHOOL CORPORATION, INDIANA STATE BOARD OF EDUCATION, and KATIE JENNER in her official and individual capacity, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANT PENN-HARRIS-MADISON
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Penn-Harris-Madison School Corporation ("PHM"), by counsel, respectfully requests an extension of time for five (5) additional days, to and including October 3, 2023, to file a reply brief in support of its Motion to Dismiss, and in support states as follows:

1. PHM filed its Motion to Dismiss on September 6, 2023. [Dkt. 39]

2. Plaintiffs filed their Memorandum of Law in Opposition to the Motion to Dismiss on September 20, 2023, and counsel for PHM were notified of the filing on September 21, 2023. [Dkt. 45]

3. PHM's reply brief is currently due on September 28, 2023.

4. With the requested extension, PHM's reply brief would be due October 3, 2023.

5. Pursuant to Local Rule 6-1, PHM's counsel shows the following as good cause for the extension:

    a. The undersigned is scheduled to participate in a full-day pre-suit mediation on September 26, 2023 and a Title IX hearing on September 27, 2023, both of which require advance preparation.

    b. The undersigned is scheduled to attend and present at the annual conference of [Indiana Council of Special Education Administrators](#) on September 28 and 29, 2023 in Indianapolis.

    c. The undersigned is preparing a response to a Rule 56(d) motion, which is due on September 29, 2023, in *White v. Elkhart Community Schools*, Cause No. 3:19-cv-64-DRL (Northern District of Indiana).

    d. Ms. Gahimer is preparing a summary judgment reply brief, which is due on September 29, 2023, in *Stringham v. Carmel Clay Schools*, Cause No. 1:22-cv-00817 (Southern District of Indiana).

6. On September 22, 2023, the undersigned contacted Plaintiffs by email advising of this motion and requesting Plaintiffs' position. On September 25, 2023, Plaintiffs notified the undersigned they intended to oppose this motion.

7. For the above stated reasons, good cause exists for the requested five-day extension of time.

WHEREFORE, Defendant PHM, by counsel, requests an extension of time for five (5) additional days, to and including October 3, 2023, to file their reply in support of its Motion to Dismiss [Dkt. 39], and for all other just and proper relief in the premises.

                                                                                                     Respectfully submitted,

                                                                                                     Church Church Hittle + Antrim

                                                                                                     *Amy Steketee Fox*

        Amy Steketee Fox (25112-53)
        CHURCH CHURCH HITTLE + ANTRIM
        Central Building, Suite 402
        203 W. Wayne St
        Fort Wayne, Indiana 46802
        Phone: 260-399-9490
        Fax: 260-399-9491
        afox@cchalaw.com

        *Hannah B. Gahimer*
        Hannah B. Gahimer (37630-41)
        CHURCH CHURCH HITTLE + ANTRIM
        10765 Lantern Road, Suite 201
        Fishers, IN  46038
        Phone: 317-773-2190
        Fax: 317-773-5320
        hgahimer@cchalaw.com

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of September, 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

Theodore E. Rokita (18857-49)
Meredith McCutcheon (32391-49)
Meredith.McCutcheon@atg.in.gov
J. Derek Atwood (33947-49)
Derek.Atwood@atg.in.gov

                                                      *Amy Steketee Fox*
                                                      Amy Steketee Fox #25112-53