# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER J. REINOEHL, JASON REINOEHL, SARAH REINOEHL, <br><br> Plaintiffs, <br><br> v. <br><br> PENN-HARRIS-MADISON SCHOOL CORPORATION, <br> INDIANA STATE BOARD OF EDUCATION, <br> and KATIE JENNER in her official and individual capacity, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:23-cv-00889-SEB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT PENN-HARRIS-MADISON TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Penn-Harris-Madison School Corporation, by counsel, having filed its *Motion for an Extension of Time to file Reply in Support of its Motion to Dismiss,* and the Court, having reviewed the same and being duly advised in the premises now finds that said Motion shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant Penn-Harris-Madison's Reply in Support of Motion to Dismiss must be filed by **October 3, 2023**.

**SO ORDERED.**

Dated: _____        _____
                                                                    Judge, Southern District of Indiana

**Distribution to:**

All ECF Registered Parties

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com