# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, JASON REINOEHL, and SARAH REINOEHL, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No.: 1:23-CV-00889-SEB-MG |
| | ) |
| PENN-HARRIS-MADISON SCHOOL CORPORATION, INDIANA STATE BOARD OF EDUCATION, and KATIE JENNER, in her official and individual capacity, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

Defendants, Katie Jenner, in her official and individual capacity, and the Indiana State Board of Education (collectively, "the State Defendants"), by counsel, respectfully request the Court to grant an enlargement of time of seven days, up to and including October 4, 2023, to file a Reply in Support of their Motion to Dismiss Plaintiffs' Amended Complaint. In support of this Motion, the State Defendants state as follows:

1. The State Defendants filed their Motion to Dismiss the Amended Complaint on September 6, 2023. [ECF 41].

2. Plaintiffs filed their Memorandum in Opposition to the State Defendants' Motion to Dismiss on September 20, 2023. [ECF 46]. Accordingly, the State Defendants' Reply is due on September 27, 2023. This date has not yet passed.

3. Undersigned counsel was out of the country last week when Plaintiffs filed their Response and also has not been feeling well since she returned. She also had to prepare and file a time-sensitive request for a temporary restraining order in another case as a result of a potential

public health hazard. As a result, she has not had an opportunity to prepare an adequate Reply in Support of the State Defendants' Motion to Dismiss and requests an additional seven days.

4. Plaintiffs have indicated in response to the Penn-Harris-Madison School Corporation's similar Motion for Extension of Time that they object to any further extensions of time.

5. This request will not prejudice the parties and is made for good cause, not for purposes of delay.

WHEREFORE, Defendants Katie Jenner and the Indiana State Board of Education request that the Court grant them an enlargement of time of seven days, up to and including October 4, 2023, to file a Reply in Support of their Motion to Dismiss.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney No. 18857-49

Date: September 27, 2023    By:    Meredith McCutcheon
Deputy Attorney General
Attorney No. 32391-49
Office of Indiana Attorney General Todd Rokita
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone/Fax: (317) 233-9357/(317) 232-7979
E-mail: Meredith.McCutcheon@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530
commercialsonly@juno.com

Amy Steketee Fox (251127-53)
Hannah B. Gahimer (37630-41)
afox@cchalaw.com

/s/ Meredith McCutcheon
Meredith McCutcheon
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 233-9357
Fax: (317) 232-7979
Email: Meredith.McCutcheon@atg.in.gov