## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, JASON REINOEHL, and SARAH REINOEHL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PENN-HARRIS-MADISON SCHOOL CORPORATION, INDIANA STATE BOARD OF EDUCATION, and KATIE JENNER, in her official and individual capacity,<br><br>　　　　Defendants. | Civil No.: 1:23-CV-00889-SEB-MG |

## ORDER

Katie Jenner, in her official and individual capacities, and the Indiana State Board of Education, have filed a Motion for Enlargement of Time to file a Reply in Support of their Motion to Dismiss.

The Court, having considered the request, now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Katie Jenner, in her official and individual capacities, and the Indiana State Board of Education, have until October 4, 2023, to file a Reply in Support of their Motion to Dismiss.

**SO ORDERED.**