# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, JASON REINOEHL, and SARAH REINOEHL, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil No.: 1:23-CV-00889-SEB-MG |
| | ) |
| PENN-HARRIS-MADISON SCHOOL CORPORATION, INDIANA STATE BOARD OF EDUCATION, and KATIE JENNER, in her official and individual capacity, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Katie Jenner, in her official and individual capacities, and the Indiana State Board of Education, have filed a Motion for Enlargement of Time to file a Reply in Support of their Motion to Dismiss.

The Court, having considered the request, now finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Katie Jenner, in her official and individual capacities, and the Indiana State Board of Education, have until October 6, 2023, to file a Reply in Support of their Motion to Dismiss.

**SO ORDERED.**

Date: 10/3/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record

Via U.S. Mail:
Jennifer J. Reinoehl
Jason Reinoehl
Sarah Reinoehl
51860 Cheryl Dr.
Granger, IN 46530