AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

1:23-cv-00889-SEB-MG

This summons for *(name of individual and title, if any)* **Diego Morales**
was received by me on *(date)* _____.

FILED
08/26/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I mailed the summons by certified priority mail to 1200 W Washington St Ste 201, Indianapolis, IN 46204-2791 on 8/22/24
I also mailed a copy to the Indiana Attn. General.

My fees are $ **5.00** for travel and $ **5.00** for services, for a total of $ **10.00**.

I declare under penalty of perjury that this information is true.

Date: 8/22/24

*Server's signature*

Sarah Reinoehl
*Printed name and title*

51860 Cheryl Dr. Granger, IN 46530
*Server's address*

Additional information regarding attempted service, etc: