REINOEHL
51860 Cheryl Dr.
Granger, IN
46530

U.S. District Court
Southern District of Indiana
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN
46204



**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

Retail





46204

RDC 03     0 Lb 0.60 Oz

U.S. POSTAGE PAID
PM
GRANGER, IN 46530
AUG 22, 2024

$9.85

S2324D502607-45

FILED

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

EXPECTED DELIVERY DAY: 08/23/24

USPS TRACKING® #



9505 5114 9968 4235 0726 01

EP14H July 2013 Outer Dimension: 10 x 5