UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER REINOEHL, <br> JASON REINOEHL, <br> SARAH REINOEHL, <br><br> Plaintiffs, <br><br> v. <br><br> PENN-HARRIS-MADISON SCHOOL CORPORATION, <br> KATIE JENNER in her official and individual capacity, <br> INDIANA STATE BOARD OF EDUCATION, <br><br> Defendants. | No. 1:23-cv-00889-SEB-MG |

## FINAL JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. Plaintiffs' federal claims are DISMISSED with prejudice. Plaintiffs' state law claims are DISMISSED without prejudice.

Plaintiffs shall take nothing by their complaint and this action is terminated.

IT IS SO ORDERED.

Date: 8/30/2024

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

JENNIFER REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

JASON REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

SARAH REINOEHL
51860 Cheryl Dr.
Granger, IN 46530

J. Derek Atwood
INDIANA ATTORNEY GENERAL
derek.atwood@atg.in.gov

Amy Steketee Fox
CHURCH CHURCH HITTLE & ANTRIM
afox@cchalaw.com

Hannah Gahimer
Church Church Hittle & Antrim
hgahimer@cchalaw.com

Meredith McCutcheon
INDIANA ATTORNEY GENERAL
meredith.mccutcheon@atg.in.gov